**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Arthur Orkin

        Plaintiff

                        CIVIL ACTION

    V.

                        NO. 21-cv-40047-DHH

Wheeler et al

        Defendants

**ORDER FOR REMAND**

HENNESSY, M.J.

    In accordance with the Court's Order issued on 12/28/2021 it is hereby ORDERED that the above-entitled action be and hereby is REMANDED to Worcester Superior Court for further proceedings.

                                                          By the Court,

DATED: December 28, 2021                 /s/ Sandra I. Burgos
                                                              Deputy Clerk